IJ:MKB
F. # 2003R01037

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 10 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

UNITED STATES OF AMERICA

   -against-

MAHAMED MAHAMED and
ABDIRASHID MOHAMED HASSAN,

   Defendants.

--------------------------------X

**ORDER**

03 CR 0567 (NGG) (S-1)

It is hereby ORDERED and ADJUDGED that the charges against the defendant MAHAMED MAHAMED in the above-referenced case are DISMISSED WITHOUT PREJUDICE.

Dated: August 8, 2005
       Brooklyn, New York

_So ordered._

_____
THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE